United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE DARREL MOORE,<br><br>Plaintiff. | Case No. 21-05272 EJD (PR)<br><br>**ORDER OF DISMISSAL** |

On July 8, 2021, Plaintiff, a state prisoner, filed a letter which was construed as an attempt to file a civil rights action pursuant to 42 U.S.C. § 1983.[1]  Dkt. No. 1.  On the same day, the Clerk sent Plaintiff a notice that he had to file a proper complaint using the court form, as well as a separate notice that he had not paid the filing fee or filed an application to proceed in forma pauperis ("IFP").  Dkt. Nos. 2, 3.  The notices directed Plaintiff to file the complaint and a complete IFP motion within twenty-eight days or face dismissal.  Id.  The deadline, August 16, 2021, has passed, and Plaintiff has not filed a proper complaint or an IFP application.  Accordingly, Plaintiff's case is **DISMISSED** without prejudice for failure to file a complaint and to pay the filing fee.

The Clerk shall terminate all pending motions and close the file.

---

[1] This matter was reassigned to this Court on August 6, 2021.  Dkt. No. 6.

**IT IS SO ORDERED.**

Dated: 9/22/2021

_____
EDWARD J. DAVILA
United States District Judge